FILED by YH D.C.

Mar 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20185-CR-MIDDLEBROOKS/MCALILEY

26 U.S.C. § 7206(2)

UNITED STATES OF AMERICA

v.

SAMUEL MOMPOINT,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed the United States.

2. The IRS allowed United States taxpayers to file their federal tax returns electronically ("e-file") by filing online directly or through a tax return preparation business.

3. The IRS permitted a tax return preparation business to e-file tax returns utilizing an Electronic Filer Identification Number ("EFIN"). The EFIN was issued to a tax preparation business after it had completed the IRS e-file application to become an authorized IRS e-file provider and passed a suitability check.

4. A tax return preparer that had an EFIN was required to comply with the rules and requirements of the IRS's e-file program. The IRS used the EFIN to identify the tax preparation business that e-filed a tax return.

5. The IRS required anyone who prepared or assisted in preparing federal tax returns for compensation to have a valid Preparer Tax Identification Number ("PTIN") before preparing returns.

6. The IRS Form 1040 was the standard form that individuals used to file their annual federal income tax returns. This form contained sections that required United States taxpayers to disclose their financial income and losses for the year in order to ascertain whether the taxpayer was due a tax refund or whether the taxpayer owed additional taxes.

7. IRS Schedule A was an IRS form United States taxpayers completed to itemize deductions, such as medical and dental expenses, various state taxes, mortgage interest, charitable contributions, and work-related expenses.

8. IRS Schedule C was an IRS form United States taxpayers completed to report any earnings or losses arising from any business or a profession as a sole proprietor.

9. IRS Form 2441 was an IRS form United States taxpayers used to claim a tax credit for child and dependent care expenses.

10. IRS Form 8863 was an IRS form United States taxpayers used to claim education credits, which are based on qualified education expenses paid to an eligible postsecondary educational institution.

11. Defendant **SAMUEL MOMPOINT** operated Prime Tax Services, Inc. as a tax return preparation business located in Miami-Dade County, Florida.

12. **SAMUEL MOMPOINT** was authorized to act as an e-file provider, and the IRS issued EFIN number xxx243 and PTIN number Pxxxxx502 to **MOMPOINT**.

## COUNTS 1-17
### Aiding and Assisting in the Preparation and Presentation of Fraudulent Returns
### (26 U.S.C. § 7206(2))

1. Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about the dates set forth as to each count, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**SAMUEL MOMPOINT,**

did knowingly and willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a United States Individual Income Tax Return, Form 1040, for the tax year and taxpayer specified in each count below, which was false and fraudulent as to a material matter, in that it falsely represented that the taxpayer was entitled to receive the tax credit and deduction specified in each count below, whereas, as the defendant then and there well knew, the taxpayer was not entitled to receive the tax credit and deduction claimed thereon, as follows:

| Count | Approx. Date Tax Return Filed | Taxpayer(s) | Tax Year | Falsely Claimed Item(s) and Approx. Amount Claimed |
|---|---|---|---|---|
| 1 | January 20, 2015 | R.M. & J.V. | 2014 | Gifts to Charity ($3,967); Unreimbursed Employee Expenses ($13,239); and Child and Dependent Care Expenses ($3,600) |
| 2 | January 26, 2015 | J.C. | 2014 | Gifts to Charity ($1,261); and Unreimbursed Employee Expenses ($9,992) |
| 3 | January 28, 2015 | N.H. | 2014 | Gifts to Charity ($2,824); Unreimbursed Employee Expenses ($9,057); and Education Credits ($2,899) |
| 4 | January 28, 2015 | C.G. | 2014 | Child and Dependent Care Expenses ($5,800); and Education Credits ($6,021) |
| 5 | January 31, 2015 | D.J. | 2014 | Gifts to Charity ($2,362); Unreimbursed Employee Expenses ($6,344); and Child and Dependent Care Expenses ($5,600) |
| 6 | January 31, 2015 | B.J. | 2014 | Gifts to Charity ($1,687); Unreimbursed Employee Expenses ($5,118); and Education Credits ($4,000) |
| 7 | January 31, 2015 | A.G. & P.M.L.G. | 2014 | Unreimbursed Employee Expenses ($9,338); and Child and Dependent Care Expenses ($3,000) |
| 8 | February 4, 2015 | G.R. | 2014 | Education Credits ($2,478) |
| 9 | February 7, 2015 | M.F. | 2014 | Unreimbursed Employee Expenses ($11,033); and Education Credits ($3,864) |
| 10 | March 17, 2015 | A.G. | 2014 | Child and Dependent Care Expenses ($3,200); and Education Credits ($1,895) |
| 11 | January 22, 2016 | A.G. | 2015 | Child and Dependent Care Expenses ($3,600) |
| 12 | January 28, 2016 | D.J. | 2015 | Gifts to Charity ($3,229); Unreimbursed Employee Expenses ($8,837); and Child and Dependent Care Expenses ($5,600) |

| Count | Approx. Date Tax Return Filed | Taxpayer(s) | Tax Year | Falsely Claimed Item(s) and Approx. Amount Claimed |
|---|---|---|---|---|
| 13 | February 2, 2016 | G.R. | 2015 | Gifts to Charity ($1,624); and Unreimbursed Employee Expenses ($10,411) |
| 14 | February 3, 2016 | B.J. | 2015 | Education Credits ($4,000); and Profit or Loss from Business ($7,379) |
| 15 | February 12, 2016 | M.F. | 2015 | Education Credits ($5,684) |
| 16 | February 13, 2016 | A.G. & P.M.L.G. | 2015 | Unreimbursed Employee Expenses ($8,384); and Child and Dependent Care Expenses ($3,000) |
| 17 | March 9, 2016 | S.A. | 2015 | Gifts to Charity ($2,669); Unreimbursed Employee Expenses ($10,166); and Education Credits ($4,986) |

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ERIC E. MORALES
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SAMUEL MOMPOINT,

_____ Defendants. _____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- __ Key West
- __ FTL
- __ WPB
- __ FTP

New defendant(s)           Yes ____   No ____
Number of new defendants   ____
Total number of counts     ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days    ____
   - II  6 to 10 days   ✓
   - III 11 to 20 days  ____
   - IV  21 to 60 days  ____
   - V   61 days and over ____

   (Check only one)
   - Petty   ____
   - Minor   ____
   - Misdem. ____
   - Felony  ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ✓

10. Does this case originate from a matter pending in the Southern Region of the U.S. Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?   Yes ✓   No ____

_____
Eric E. Morales
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1010791

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SAMUEL MOMPOINT

**Case No:** _____

Counts #: 1-17

Aiding and Assisting in the Preparation and Presentation of Fraudulent Returns

Title 26, U.S.C. § 7206(2)

\* **Max.Penalty**: 3 years' imprisonment as to each count.
\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.